

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

James Tollett and Virginia Tollett,     * From the 42nd District Court
of Callahan County,
Trial Court No. 19,856.

Vs. No. 11-14-00228-CV    * September 22, 2016

JPMorgan Chase Bank, N.A.,    * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against James Tollett and Virginia Tollett.